IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EDWARD JACOB LUECKENBACH, II                                             PLAINTIFF

V.                                              CIVIL ACTION NO. 1:16-CV-189-SA-DAS

HORIZON MISSISSIPPI PUBLICATIONS, INC.                                 DEFENDANTS

ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, The Defendant, Horizon Mississippi Publication, Inc.'s Motion for Summary Judgment [8] is GRANTED, and this CASE is DISMISSED with prejudice.

So ORDERED on this the 3rd day of February, 2017.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT COURT JUDGE